UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:07-CR-12 |
| | ) | |
| WILLIE FREEMAN | ) | |
| MARION RUSSELL | ) | |

# **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated September 6, 2007. In that Report and Recommendation, the Magistrate Judge recommends that the defendants' Motions to Suppress be denied. The defendants have filed objections to this recommendation. [Docs. 51 and 53]. After careful and *de novo* consideration of the record as a whole, including the transcript of the hearing on September 5, 2007, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby

1

**ORDERED** that the defendants' objections are **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 48], and that the Motions to Suppress are **DENIED.** [Docs. 35 and 39].

    E N T E R:

<pre>
                                    s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE
</pre>